

**IT IS ORDERED as set forth below:**

**Date: September 16, 2016**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-72629-PMB |
| ARTHUR JAMES CLACKLER,<br>        Debtor. | CHAPTER:  13 |
| | JUDGE:  HONORABLE PAUL BAISIER |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>        Movant, | |
| v. | |
| ARTHUR JAMES CLACKLER ,Debtor<br>THERESA F. CLACKLER, Co-Debtor<br>ADAM M. GOODMAN, Trustee,<br>        Respondents. | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY
(#41)

The above styled Motion having been scheduled for a hearing before the Court on August 18, 2016, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

THE PARTIES AGREE that the post-petition arrearage through August 1, 2016, totals $10,676.70, including eight (8) payments of $686.43 each, three (3) payments of 734.62 each and four (4) payments of $745.35 each.

This arrearage shall be paid as follows:

Movant acknowledges suspense funds in the amount of $94.40.  Debtor shall pay the sum of $7,000.00 instanter. Beginning September 1, 2016, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning September 15, 2016 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $398.04 per month, for nine (9) months or until the arrearage is cured.  Payments should be sent to:

J.P. Morgan Chase Bank, N.A.
3415 Vision Drive
Mail Code: OH4-7126
Columbus OH 43218

or to such address as may be designated.

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 49 Summer Mist Ct, Stockbridge, Georgia 30281 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinbefore.  It is

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of eighteen (18) months from the date of entry of this order,  then upon notice of default sent by first class mail to Debtor, attorney for Debtor and the Trustee, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor, attorney for Debtor and the Trustee, and the Court may enter an Order lifting the automatic stay, without further notice or hearing. It is

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.  It is

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.  It is

FURTHER ORDERED that there having been no appearance by the Co-Debtor, the Motion for Relief from the Co-Debtor Stay is *granted*.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: bjordan@aldridgepite.com


/s/ Alaina C. Joseph_____ with express permission
Alaina C. Joseph, Bar No. 940583
Attorney for Debtor(s)
Phone: (404) 524-6400

NO OPPOSITION:
/s/ Jason L. Rogers_____ with express permission
Jason L. Rogers, Bar No. 142575
Attorney for Trustee
Phone:  678-510-1444

DISTRIBUTION LIST

Arthur James Clackler
49 Summer Mist Ct
Stockbridge, GA 30281

Theresa F. Clackler
49 Summer Mist Ct
Stockbridge, GA 30281

Karen King
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303